Form ntcfmcccd1

# UNITED STATES BANKRUPTCY COURT
Southern District of Alabama
Case No.: 10–02575
Chapter: 13
Judge: HENRY A. CALLAWAY

In re:

| | |
|---|---|
| John Steven Phillips<br>aka Steven Phillips, aka J Steven<br>Phillips, dba Phillips Woodworks<br>5055 County Road 37<br>Valley Grande, AL 36701 | Nancy Little Phillips<br>aka Nancy Marie Phillips<br>5055 County Road 37<br>Valley Grande, AL 36701 |
| Social Security No.:<br>xxx–xx–9368 | Social Security No.:<br>xxx–xx–8657 |

**NOTICE OF FINANCIAL MANAGEMENT COURSE COMPLETION CERTIFICATION(S) AND DEBTOR(S) CERTIFICATION(S) REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q) ARE DUE**

Debtor(s) Certification(s) of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Form B23) and Debtor(s) Certification(s) Regarding Domestic Support Obligations and Section 522(q) (Form LBF283) are due. This case may be Closed Without a Discharge if both certifications are not filed with the court by the following date: *7/13/15*

Dated: 6/22/15 /s/ LEONARD N. MALDONADO
Clerk, U. S. Bankruptcy Court